# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON WESLEY HOLCOMBE

NO. 2021 KW 1132

**NOVEMBER 5, 2021**

---

In Re:     Jason Wesley Holcombe, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 30,973.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

                    **VGW**
                    **AHP**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT